# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1296

_____

HEATHER PREISSER,

    Appellant,

    v.

GREGORY PREISSER,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Devin D. Collier, Judge.

January 23, 2025

PER CURIAM.

AFFIRMED. *See* § 61.16(1), Fla. Stat. ("The court may from time to time, after considering the financial resources of both parties, order a party to pay a reasonable amount for attorney's fees, suit money, and the cost to the other party of maintaining or defending any proceeding under this chapter."); *see also Bauchman v. Bauchman*, 253 So. 3d 1143, 1148 (Fla. 1st DCA 2018) ("[T]he party seeking relief must show some need; it is not enough to simply show that the adverse party's ability to pay the fees is greater than the party seeking relief or that an award is based on the relative financial strain of paying attorney's fees.") (quoting *Carlson v. Carlson*, 719 So. 2d 936, 936 (Fla. 4th DCA 1998)).

KELSEY, NORDBY, and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Rachel Borntreger and Jason D. Borntreger of Borntreger Law, P.A., Tallahassee, for Appellant.

Amanda P. Wall of Fournier Law, Tallahassee, for Appellee.